JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANH VAN THI NGUYEN, | Case No. 5:26-cv-01571-DOC-PD |
| Petitioner, | **JUDGMENT** |
| v. | |
| KRISTI NOEM, et al., | |
| Respondents. | |

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is dismissed without prejudice as moot.

DATED:  June 22, 2026

*David O. Carter*

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE